```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 06275
    ELWIRA GROMKIEWICZ
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
          Debtor
    SSN XXX-XX-2149

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/07/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
ADVANCE PAY DAY LOANS IN SECURED VEHIC   17971.64       1194.55        7713.78
CBCS                     UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION ASSOC  UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION        UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
H&F LAW                  UNSECURED       NOT FILED          .00            .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED          .00            .00
IC SYSTEMS               UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED          .00            .00
JVDB ASSOC               UNSECURED       NOT FILED          .00            .00
MILLENIUM CREDIT CONSULT UNSECURED       NOT FILED          .00            .00
NICOR GAS                UNSECURED         1826.22           .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED          .00            .00
STATE COLLECTION SERVICE UNSECURED       NOT FILED          .00            .00
VERIZON WIRELESS         UNSECURED          515.81           .00            .00
CALVARY PORTFOLIO SERVIC UNSECURED         5674.00           .00            .00
JOSEPH P DOYLE           DEBTOR ATTY       2,314.00                     1,969.32
TOM VAUGHN               TRUSTEE                                          834.35
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06275 ELWIRA GROMKIEWICZ
```

```
TRUSTEE                                   11,712.00

PRIORITY                                                           .00
SECURED                                                       7,713.78
   INTEREST                                                   1,194.55
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,969.32
TRUSTEE COMPENSATION                                            834.35
DEBTOR REFUND                                                      .00
                                      ----------------  ----------------
TOTALS                                    11,712.00          11,712.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 06275 ELWIRA GROMKIEWICZ